COMMONWEALTH of Pennsylvania,
Respondent

v.

Taymar YOUNG, Petitioner

No. 322 WAL 2016

Supreme Court of Pennsylvania.

December 12, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

REVERSE MORTGAGE SOLUTIONS, INC., Respondent

v.

Boleslaw and Rita PSUT, Petitioners

No. 244 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Melvin LYNCH, Petitioner

No. 364 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016